IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAUNCY RICHARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-55-ECM-JTA |
| | ) | (WO) |
| EMBRACE HOME LOANS, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the motion to dismiss filed by Defendants Lakeview Loan Servicing, LLC, Joel Goldman, LoanCare, LLC, Dave Worrall, Nationwide Title Clearing, LLC, Embrace Home Loans, Inc., and Mortgage Electronic Registration Systems, Inc. (collectively, "the moving Defendants"). (Doc. No. 142.)

Upon consideration of the motion, it is ORDERED that, on or before **June 3, 2026**,[1] Plaintiffs shall jointly file a single brief[2] showing cause as to why the motion should not be granted. The moving Defendants shall file a single, joint reply not later than **June 10, 2026.** Each brief shall not exceed twenty-five pages,[3] absent prior leave of court.

---

[1] In addressing the motion to dismiss, the undersigned will not consider exhibits, motions, notices, or other filings, however denominated, that Plaintiffs file after the June 3, 2026 deadline.

[2] In addressing the motion to dismiss, the undersigned will not consider legal arguments presented in any filings except Plaintiffs' single, joint brief.

[3] Text shall be 13-point Times New Roman font and double-spaced. Margins shall not be smaller than 1 inch.

Plaintiffs are specifically ADVISED to address the issues raised in the motion to dismiss and state why this case should not be dismissed.

Plaintiffs are CAUTIONED that should they fail to show cause why the motion to dismiss should not be granted or fail to comply with this Order, the Magistrate Judge will recommend that the complaint be dismissed.

DONE this 15th day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE