IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHAUNCY RICHARD, et al.,                    )
                                            )
        Plaintiffs,                         )
                                            )
v.                                          )  CASE NO. 2:26-cv-55-ECM-JTA
                                            )  (WO)
EMBRACE HOME LOANS, INC., et                )
al.,                                        )
                                            )
        Defendants.                         )

## **ORDER**

On March 3, 2026, the court entered an order stating:

To ensure Plaintiffs can comply with all applicable rules and court orders, it is also their responsibility to maintain their correct mailing addresses on file with the court and stay informed of the status of this case. *Smith v. Adrian*, No. 2:23-cv-190-RAH-JTA, 2023 WL 8608786, at *6 (M.D. Ala. Oct. 20, 2023), *report and recommendation adopted*, No. 2:23-cv-190-RAH, 2023 WL 8606748 (M.D. Ala. Dec. 12, 2023). Therefore, Plaintiffs must immediately inform the Court of any change in their mailing addresses. Notice to the Court shall be filed, in writing, not later than ten days following any change of mailing address, and served on counsel for all other parties and on all other unrepresented parties. . . . . **Failure to timely file written notice of change of mailing address may result in dismissal of this case for failure to prosecute and failure to comply with court orders.**

(Doc. No. 124 at 7 (emphasis in original).)

On April 10, 2026, the Clerk of Court mailed Plaintiff Marice Groulx a copy of an order entered earlier that same day. (Doc. No. 132.) On April 23, 2026, Plaintiff Groulx submitted a signed filing showing his address had not recently changed and was the same address used by the Clerk of Court for mailing the April 10, 2026 order. (Doc. No. 138 at

23.) On May 6, 2026, the court received the return of the April 10, 2026 certified mail to Plaintiff Groulx, which the United States Postal Service had marked "Return to Sender/Vacant/Unable to Forward." (Doc. No. 140.) United States Postal Service tracking information notes the item as "Unclaimed/Being Returned to Sender" on April 28, 2026. More than ten days have passed since the United States Postal Service deemed the certified mail undeliverable. To date, Plaintiff Groulx has not filed a notice of change of address.

Accordingly, it is ORDERED as follows:

1. On or before May 26, 2026, Plaintiff Groulx shall file written notice of his current address.

2. On or before May 26, 2026, Plaintiff Groulx shall show cause why his claims should not be dismissed for failure to comply with the court's order to timely notify the court of any change in address.

**Failure to comply with this order may result in sanctions, including monetary sanctions or a recommendation of dismissal of Plaintiff Groulx's claims with or without prejudice.**

DONE this 15th day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

2