IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAUNCY RICHARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-55-ECM-JTA |
| | ) | (WO) |
| EMBRACE HOME LOANS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is Plaintiff Chauncy Richard's Motion for Recusal of Magistrate Judge Jerusha T. Adams. (Doc. No. 138.) For the reasons stated below, the motion is due to be denied.

Plaintiff Richard seeks recusal on grounds that the undersigned allegedly committed factual and legal errors in prior orders entered in this case. Those are not sufficient grounds for disqualification.[1] "[G]rounds 'consist[ing] of judicial rulings, routine trial administration efforts, and ordinary admonishments (whether or not legally supportable)' are 'inadequate' grounds for recusal where they 'neither (1) relied upon knowledge acquired outside such proceedings nor (2) displayed deep-seated and unequivocal antagonism that would render fair judgment impossible.'"[2] *Lietzke v. City of Montgomery,*

---

[1] Additionally, nothing in Plaintiff's motion warrants reconsideration of the undersigned's prior orders.

[2] Plaintiff Richard provides no evidence the undersigned's adverse rulings stemmed from an extra-judicial source or show pervasive bias. To the extent Plaintiff Richard suggests the undersigned

*AL*, No. 2:20-cv-1031-WKW-JTA, 2023 WL 3937424, at *2 (M.D. Ala. June 9, 2023)

(quoting *Liteky v. United States*, 510 U.S. 540, 556 (1994) (emphasis omitted)); *see also*

*Jaffe v. Grant*, 793 F.2d 1182, 1189 (11th Cir. 1986) ("[A] motion for recusal may not

ordinarily be predicated upon the judge's rulings in the same or a related case.").

Accordingly, it is ORDERED that Plaintiff Richard's Motion for Recusal of

Magistrate Judge Jerusha T. Adams (Doc. No. 138) is DENIED.

The Clerk of the Court is DIRECTED to provide a copy of this order to Plaintiffs

by regular mail and by certified mail, return receipt requested.

DONE this 15th day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

pejoratively referred to Plaintiffs as sovereign citizens and domestic terrorists, her argument misrepresents the undersigned's prior order. The undersigned did not accuse Plaintiffs of being sovereign citizens. Instead, the undersigned stated Plaintiffs' "jurisdictional and factual allegations, as well as their legal claims, are founded on theories commonly associated with the sovereign citizen movement." (Doc. No. 124 at 2–3 (citing legal authority describing sovereign citizen legal theories and the reasons those theories are not accepted in federal court).) Sovereign citizenship is a fiction. Belief in that fiction (or its associated legal theories) is legal error, not a crime. Thus, the undersigned has not insinuated Plaintiffs are domestic terrorists or accused them of any crime. This is not a criminal case. Moreover, "judicial remarks . . . that are critical or disapproving of, or even hostile to, counsel, the parties, or their cases, ordinarily do not support a bias or partiality challenge." *Liteky*, 510 U.S. at 555.

2