IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHAUNCY RICHARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cv-55-ECM-JTA |
| | ) | (WO) |
| EMBRACE HOME LOANS, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Plaintiff Chauncy Richard's Response to the Court's Order to Show Cause. (Doc. No. 136.) Attached to the response is a document titled "Alabama Marriage Certificate," upon which Plaintiff relies to substantiate her argument that she has standing to assert claims in this action.  (Doc. No. 136-1 at 2.) The marriage certificate appears to be an incomplete draft,[1] not a final, certified copy. (*Id.*; *see also* Doc. No. 106-1.)

Accordingly, it is ORDERED that, on or before May 29, 2026, Plaintiff Richard shall (1) file under seal a complete, unredacted certified copy of the marriage certificate,

---

[1] The certificate contains glaring omissions, with many of the spaces for required information left blank. For example, although the certificate lists Plaintiff Richard as "Bride," the certificate does not include Plaintiff Richard's gender in the space marked for that specific information. (Doc. No. 136-1 at 2; *see also* Doc. No. 106-1.) (Plaintiff Richard has since identified herself and her preferred pronouns as female. (Doc. No. 136 at 1.))  Additionally, approximately three quarters of the purported marriage certificate appears to be completely cut off by the scanner or copier used to reproduce it. (Doc. No. 136-1 at 2; *see also* Doc. No. 106-1.)

and (2) file in the public record a copy of the marriage certificate redacted to comply with Fed. R. Civ. P. 5.2.[2] The complete, unredacted certified copy must be an original certified paper document with the original seals and certifications, not a photocopy or electronic copy.

**Failure to comply with this order may result in sanctions, including monetary sanctions or a recommendation of dismissal of Plaintiff Richard's claims with or without prejudice.**

DONE this 18th day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff Richard may wish to consult the website of the Alabama Department of Public Health, which contains instructions for obtaining a certified copy of an existing marriage certificate (https://www.alabamapublichealth.gov/vitalrecords/marriage-certificates.html).