IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHAUNCY RICHARD, et al.,               )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     )      CASE NO. 2:26-cv-55-ECM-JTA
                                       )      (WO)
EMBRACE HOME LOANS, INC., et           )
al.,                                   )
                                       )
        Defendants.                    )

## ORDER

Before the Court is Plaintiffs' motion to strike Defendant Safeguard's defenses as insufficient. (Doc. No. 150.) For the reasons stated below, the motion is due to be denied.

Rule 12(f) of the Federal Rules of Civil Procedure allows a court to strike, among other things, an "insufficient defense." Fed. R. Civ. P. 12(f). As illustrated by Plaintiffs' detailed fourteen-page response to Defendant Safeguard's defenses, those defenses are relevant to the controversy and adequate to provide Plaintiffs fair notice of the issues and defenses that may be raised at trial. Therefore, the motion to strike is due to be denied. *See El Palacio, LLC, v. Westchester Surplus Lines Ins. Co.*, No. 1:25-cv-454-BL-JTA, 2025 WL 4716772, at *1 (M.D. Ala. Dec. 22, 2025) (explaining that an order striking affirmative defenses is "an extreme and disfavored measure" and explaining the "fair notice" standard applicable to Rule 12(f) motions to strike defenses as insufficient (citation modified)); *Rymes v. LVNV Funding LLC*, No. 2:25-cv-619-ECM-JTA, 2025 WL 4351702, at *1 (M.D. Ala. Oct. 1, 2025) (noting Rule 12(f) motions "will usually be denied unless the

allegations of the pleading in question have no possible relation to the controversy and may cause prejudice to one of the parties" (citation modified)).

Accordingly, it is ORDERED that Plaintiff's motion to strike (Doc. No. 150) is DENIED.

DONE this 2nd day of June, 2026.

_____

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE