IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHAUNCY RICHARD et al.,         )
                                  )
    Plaintiffs,             )
                                  )
v.                           )    CASE NO. 2:26-cv-55-ECM-JTA
                                  )    (WO)
EMBRACE HOME LOANS, INC., et al.,  )
                                  )
    Defendants.           )

## **ORDER**

Before the court is Plaintiffs' Reply in Opposition to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.[1] (Doc. No. 170.) For the reasons stated below, the document is due to be stricken.

By Order entered May 15, 2026 the court prohibited Plaintiffs from submitting more than one brief in response to the pending motion to dismiss.[2] (Doc. No. 146 at 1.) The order also warned Plaintiffs that, "[i]n addressing the motion to dismiss, the undersigned will not consider legal arguments presented in any filings except Plaintiffs' single, joint brief."[3] (*Id.* at 1 & n.1.) On June 2, 2026, Plaintiffs moved for leave to file an additional[4] brief in

---

[1] The pending motion to dismiss is Doc. No. 142.

[2] The May 15, 2026 Order also restricted Defendants to a single, joint reply. (Doc. No. 146 at 1.)

[3] The Order did not contain a similar warning to Defendants because they are represented by attorneys who are presumed to know that untimely filings violate court orders. Attorneys are also presumed to be familiar with the potential consequences of violating court orders.

[4] Specifically, Plaintiff's leave to file a corrected and amended brief intended to "supersede" their original brief. (Doc. No. 160 at 1.) Plaintiffs sought to alter their legal arguments and include new evidence. (*Id.* at 1–2.) Plaintiffs attached 127 pages of exhibits to the proposed superseding brief.

opposition to the motion to dismiss. (Doc. No. 160.) On June 15, 2026, the court denied

the motion "in accordance with the court's inherent power to manage the docket and its

authority to ensure strict compliance with its orders." (Doc. No. 168 at 1.) In denying the

motion, the court stated:

> The court's May 15, 2026 Order allowed Plaintiffs to file only "a single brief" in response to the pending motion to dismiss. (Doc. No. 146 at 1.) The Order further advised Plaintiffs that legal arguments presented in any other document would not be considered. (*Id*. at 1 n.1.) The Order did not permit Plaintiffs to unnecessarily further clog the docket (which currently contains in excess of 165 documents, many with voluminous exhibits) by filing last-minute serial replacement briefs. Moreover, Plaintiffs have not shown good cause why they failed to include all relevant arguments in their original response as required by the May 15, 2026 Order.

(*Id.* at 1 n.1.)

The court's orders made clear that Plaintiffs were not to file multiple responses to

the pending motion to dismiss.[5] Yet, on June 22, 2026, without leave of court and in

violation of the court's orders, Plaintiffs filed their Reply in Opposition to Defendant's

Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. No. 170.)

The undersigned finds Plaintiffs willfully disregarded the May 15, 2026 Order.

Further, the undersigned finds that actions short of striking the offending document are

insufficient to address the violation.

Accordingly, it is ORDERED that Plaintiff's Reply in Opposition to Defendant's

motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 170) is STRICKEN.

---

[5] Clogging the docket with multiple responses, surresponses, etc., interferes with the efficient management of this action and delays the resolution of the motion to dismiss. This case must move forward. No party will be allowed to unduly delay these proceedings by violating court orders or unnecessarily multiplying the proceedings.

The Clerk of Court is DIRECTED to strike the filing from the record.

**Plaintiffs are AGAIN warned that violation of court orders may result in sanctions, including monetary sanctions or dismissal of this action with or without prejudice.**

DONE this 23rd day of June, 2026.

_____

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE